JAMES A. McDEVITT
United States Attorney
FRANK A. WILSON
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767
Fax: (509) 353-2766

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MUHAMMAD AHSUN YUSUF<br>MUHAMMAD AHMAD YUSUF,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL B. MUKASEY, ET AL,<br><br>Defendants. | NO. CV-07-3105-CI<br><br>ORDER GRANTING MOTION AND REMANDING PETITION FOR HEARING ON NATURALIZATION APPLICATION TO THE CITIZENSHIP AND NATURALIZATION SERVICE WITH INSTRUCTIONS |

Before the Court is the parties' stipulated Motion for Remand (Ct. Rec. 13.) Attorney Ijaz Mohammed Khan represents Plaintiffs; Assistant United States Attorney Frank A. Wilson represents Defendants. The parties have consented to proceed before a magistrate judge. (Ct. Rec. 5.) The Court has read and considered the papers filed in connection with the motion for an Order remanding Plaintiffs MUHAMMAD AHSUN YUSUF and MUHAMMAD AHMAD YUSUF'S Petition for Hearing on Naturalization Application to the United States Citizenship and Immigration Service (USCIS), and now HEREBY GRANTS the motion for the following reasons:

    1.    On January 23, 2008, Plaintiffs served a Petition for Naturalization, Pursuant to 8 U.S.C. § 1447(b) and Mandamus ("Petition") upon Defendants.

Plaintiffs ask the Court to adjudicate their Form N-400 Application for Naturalization ("Application").  See Petition, p. 7 (Prayer for Relief ¶).

2. The Court has jurisdiction over this action pursuant to 8 U.S.C. § 1447(b), which provides:

> If there is a failure to make a determination under section 1446 of this title before the end of the 120-day period after the date on which the examination is conducted under such section, the applicant may apply to the United States district court for the district in which the applicant resides for a hearing on the matter. <u>Such court has jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate instructions, to the Service to determine the matter</u>.

8 U.S.C. § 1447(b) (emphasis added).

3. Under Section 1447(b), the Court has two options.  The first option is to "determine the matter."  See United States v. Hovesepian, 359 F.3d 1144, 1160 (9th 2004) (quoting 8 U.S.C. § 1447(b)).  Section 1447(b) also allows the Court, in lieu of the first option of "determin[ing] the matter," to "remand the matter, with appropriate instructions, to the Service to determine the matter."  Id.

4. The Plaintiffs and Defendants are before the Court with a Motion to Remand the Petition to USCIS ("Motion").  Remanding this action to USCIS would serve the interests of efficiency and judicial economy.

5. Furthermore, a remand would not preclude the filing of a subsequent district court action by Plaintiffs in the event that USCIS should deny the Application.  See 8 U.S.C. § 1421(c).

Therefore, for the foregoing reasons, the Court HEREBY GRANTS the Motion (**Ct. Rec. 13**) and ORDERS as follows:

1. The Court REMANDS the Petition to USCIS with instructions to adjudicate and issue a decision in the Application within one-hundred eighty (180) days after entry of this Order;

2. The Court DISMISSES Plaintiffs' action without prejudice and without costs or attorneys fees; and

1      3.    The Court shall retain jurisdiction to enforce the terms of this Order.

2      **IT IS SO ORDERED**.

3      **IT IS FURTHER ORDERED** that the Clerk of the Court shall file this

4  Order and provide a copy to counsel for Plaintiffs and Defendants.

5      DATED July 14, 2008.

                      _____S/ CYNTHIA IMBROGNO_____
                        UNITED STATES MAGISTRATE JUDGE